UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
REGINALD K. MATTHEWS,

                        Petitioner,        **NOTICE OF APPEAL**

    - against -

MICHAEL CAPRA,                             14-CV-1112 (GLS)(RFT)
Superintendent of the Sing Sing Correctional
Facility,

                        Respondent.
------------------------------------------------------------------------x

      Notice is hereby given that Michael Capra, respondent in the above named case, appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on the 29th day of November 2016, granting the 28 U.S.C. § 2254 petition for a writ of habeas corpus, for the reasons stated in the opinion and order by Senior United States District Judge James K. Singleton, dated November 29, 2016.


Dated:     December 21, 2016
              New York, NY

                                          /s/ Priscilla Steward_____
                                          Priscilla Steward (Bar Roll #514647)
                                          Assistant Attorney General
                                          120 Broadway, 25th Floor
                                          New York, New York 10271
                                          (212) 416-8737
                                          Priscilla.Steward@ag.ny.gov

To:    Clerk of the United States District Court
Northern District of New York
James Hanley Federal Building
100 South Clinton Street
Syracuse, NY 13261

Stephen N. Dratch
Counsel for Petitioner
Franzblau, Dratch Law Firm
233 Broadway
Suite 2701
New York, NY 10271